In re  Charles E. Jordan  
   Katherine J. Jordan

Case No. __0:14-bk-03562__  
      (if known)

*AMENDED 1/27/2015*

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Account<br><br>Bank of America Savings Account | C<br><br>C | $200.00<br><br>$100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | TV $50.00, Entertainment Center $50.00, Stereo Receiver $50.00, DVD Player $50.00, Speakers(6)$100.00, Coffee Tables $100.00, End Tables(2) $50.00, Lamps(4) $100.00, Computer Equipment $200.00, Dinner Table $300.00, Stove $200.00, Dishwasher $200.00, Microwave $50.00, Refrigerator $100.00, Freezer $100.00, Dresser(5) $100.00, Nightstand(3) $100.00, Mirror $50.00, Bed(2) $300.00, Desk $100.00, Washer & Dryer $200.00, Rocking Chair $50.00 | C | $2,600.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books(100) $100.00, Pictures(25) $25.00, Figurines(10) $100.00, Paintings(2) $500.00, Movies(50) $100.00, Music (50) $100.00 | C | $925.00 |
| 6. Wearing apparel. | | Wearing Apparel $500.00 | C | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Remmington .22 Cal Lg Rif $100.00 | C | $100.00 |

In re  **Charles E. Jordan**  
      **Katherine J. Jordan**

Case No.  **0:14-bk-03562**  
           (if known)

*AMENDED 1/27/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | | Liberty Mutual Annuity $7,400.00 | C | $7,400.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Arizona State Retirement Payments ( payments of $1,785.96/year) | C | $0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Royalty Payments from Canaan Resources; amount received in 2013 $468.64 | W | $468.64 |
| | | Royalty Payments from Chesapeake Operating; amount received in 2013 $787.00. Has received no payments in 2014 | W | $787.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re Charles E. Jordan  
     Katherine J. Jordan

Case No. **0:14-bk-03562**  
(if known)

### AMENDED 1/27/2015
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re  Charles E. Jordan  
      Katherine J. Jordan

Case No. **0:14-bk-03562**  
(if known)

## AMENDED 1/27/2015
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 GMC Envoy | C | $0.00 |
| | | 2008 Ford Ranger | C | $0.00 |
| | | 2011 Yamaha Start Motorcycle | C | $0.00 |
| | | 2001 Ford Taurus, 170,000 Miles, Kelley Blue Book Value $1,356.00 | C | $1,356.00 |
| | | 2012 Ford Fusion<br>Vin #3FAHPOHA4CR188690<br>Debtor Co-signed car for grandson. Vehicle is being surrendered.<br>Vehicle is located at:<br>2041 Commander Drive #101<br>Lake Havasu City, Arizona 86406 | C | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tools Assorted (150) $3000.00 | C | $3,000.00 |

In re **Charles E. Jordan**
      **Katherine J. Jordan**

Case No. **0:14-bk-03562**
(if known)

*AMENDED 1/27/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Exercise Equipment $300.00, Barbaque $200.00 | C | $500.00 |
| | | __4__ continuation sheets attached | Total > | $17,936.64 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Case 0:14-bk-03562-BMW    Doc 45    Filed 01/27/15    Entered 01/27/15 14:19:38    Desc
Main Document      Page 5 of 7

In re  **Charles E. Jordan**
       **Katherine J. Jordan**

Case No. **0:14-bk-03562**
(If known)

## *AMENDED 1/27/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 36324 N. McVay Road, Bouse, Arizona 85325 | Ariz. Rev. Stat. § 33-1101 | $35,131.00 | $122,229.00 |
| Bank of America Checking Account | Ariz. Rev. Stat. § 33-1126(A)(9) | $200.00 | $200.00 |
| Bank of America Savings Account | Ariz. Rev. Stat. § 33-1126(A)(9) | $100.00 | $100.00 |
| TV $50.00, Entertainment Center $50.00, Stereo Receiver $50.00, DVD Player $50.00, Speakers (6)$100.00, Coffee Tables $100.00, End Tables (2) $50.00, Lamps(4) $100.00, Computer Equipment $200.00, Dinner Table $300.00, Stove $200.00, Dishwasher $200.00, Microwave $50.00, Refrigerator $100.00, Freezer $100.00, Dresser(5) $100.00, Nightstand(3) $100.00, Mirror $50.00, Bed(2) $300.00, Desk $100.00, Washer & Dryer $200.00, Rocking Chair $50.00 | Ariz. Rev. Stat. § 33-1123 | $2,600.00 | $2,600.00 |
| Books(100) $100.00, Pictures(25) $25.00, Figurines(10) $100.00, Paintings(2) $500.00, Movies(50) $100.00, Music(50) $100.00 | Ariz. Rev. Stat. § 33-1125(5) | $500.00 | $925.00 |
| Wearing Apparel $500.00 | Ariz. Rev. Stat. § 33-1125(1) | $500.00 | $500.00 |
| Remmington .22 Cal Lg Rif $100.00 | Ariz. Rev. Stat. § 33-1125(7) | $100.00 | $100.00 |
| Liberty Mutual Annuity $7,400.00 | 11 U.S.C. § 522(b)(3)(C) | $7,400.00 | $7,400.00 |
| Arizona State Retirement Payments ( payments of $1,785.96/year) | Ariz. Rev. Stat. § 38-792 | $0.00 | $0.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $46,531.00 | $134,054.00 |

In re Charles E. Jordan  
      Katherine J. Jordan

Case No. **0:14-bk-03562**  
(If known)

## AMENDED 1/27/2015
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2001 Ford Taurus, 170,000 Miles, Kelley Blue Book Value $ 1,356.00 | Ariz. Rev. Stat. § 33-1125(8) | $1,356.00 | $1,356.00 |
| | | $47,887.00 | $135,410.00 |